**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TASHA S. BRYAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-CV-320** |
| | ) | |
| **COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF CORRECTIONS, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on October 24, 2025. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff Tasha Bryan, represented by counsel, brings this action against the Commonwealth, the Wellpath Defendants, Lackawanna Mobile X-Ray Imaging, Dr. Peter Gregory, and Dr. Ernesto Roederer to recover damages she alleges she sustained due to their failure to properly diagnose and treat her breast cancer during her former incarceration at the DOC's institutions at SCI Muncy and SCI Cambridge Springs. Defendants moved to dismiss.

On August 14, 2026, Judge Lanzillo issued a Report and Recommendation recommending that: (1) the Commonwealth's motion to dismiss be granted with prejudice[1] and

[1] The conclusion of Judge Lanzillo's Report and Recommendation states that the motion to dismiss should be granted as to Plaintiff's Eighth Amendment claim against the Commonwealth. This appears to be a typographical error. The amended complaint asserts no Eighth Amendment claim against the Commonwealth, and the body of the Report and Recommendation analyzes

(2) Wellpath's motion to dismiss be granted in part and denied in part. ECF No. 53. As of today's date, no objections which were due by August 28, 2026, have been filed by any party.

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'" *EEOC v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) *quoting* 28 U.S.C. § 636(b)(1). Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the amended complaint and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 30th day of September 2026;

IT IS ORDERED that the Commonwealth's motion to dismiss [ECF No. 37] is granted. Bryan's negligence claim (**Count IX**) against the Commonwealth is dismissed with prejudice. Because sovereign immunity bars its claim, any attempt to amend would be futile.

IT IS FURTHER ORDERED that the Wellpath Defendants' motion to dismiss [ECF No. 35] is granted in part as to (1) Bryan's Eighth Amendment claim under § 1983 against Defendant Wellpath (**Count I**) and (2) her Eighth Amendment claim under § 1983 against Defendant Shafik only (**contained at Count II**). Because the deficiencies of these claims may be subject to cure by

---

sovereign immunity only as it applies to Plaintiff's negligence claim. The Court therefor construes the Report and Recommendation as recommending dismissal of the negligence claim against the Commonwealth.

amendment, their dismissal should be without prejudice. In all other respects, the Wellpath Defendants' motion to dismiss is denied.

IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on August 14, 2026 [ECF No. 53] is adopted as the opinion of the court, consistent with this Order.

AND, IT IS FURTHER ORDERED that any amended complaint shall be filed by October 15, 2026.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge